UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21-CR-313-2-M

| | |
|---|---|
| UNITED STATES OF AMERICA | **MOTION TO SEAL** |
| v. | |
| EDWARD CRISCO | |

NOW COMES DEFENDANT Edward Crisco, through undersigned counsel, and moves to seal the Proposed Sealed Motion filed by Defendant on 28 October 2022, for the reasons set out in the filing.

WHEREFORE, Defendant respectfully requests that this Motion be granted, and that Defendant's Proposed Sealed Motion filed on this date be placed under seal.

This the 28th day of October, 2022.

GAMMON, HOWARD &
ZESZOTARSKI, PLLC

/s/    Joseph E. Zeszotarski, Jr.
Joseph E. Zeszotarski, Jr.
State Bar No. 21310
115 ½ West Morgan Street
Raleigh, NC  27601
(919) 521-5878
Fax:  (919) 882-1898
jzeszotarski@ghz-law.com
Counsel for Defendant